■ Marine Midland Bank et al., Petitioners, v State Division of Human Rights et al., Respondents.—Petition unanimously granted in accordance with the stipulation of the parties, dated December 12, 1978, without costs and without disbursements, as follows: 1. Petitioner Marine Midland Bank shall pay to Grace F. Burton on behalf of all petitioners a sum of money in the amount already agreed upon between the parties, in full satisfaction of all claims based on acts alleged in the complaint upon which the proceedings were grounded. 2. The order of the State Division of Human Rights, issued on August 17, 1977, is vacated. 3. Upon the occurrence of the events stipulated to in Nos. 1 and 2 above, the complaint to the State Division of Human Rights filed by Grace F. Burton shall be deemed discontinued as if it had never gone to hearing before a hearing examiner, decision by the commissioner and affirmance by the board. No opinion. Concur—Kupferman, J. P., Birns, Evans, Markewich and Lupiano, JJ.

■ In the Matter of the Arbitration between Miguel Simms et al., Appellants, and Liberty Coaches, Inc., Respondent.—Judgment, Supreme Court, New York County, entered on October 17, 1977, unanimously affirmed for the reasons stated by Riccobono, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Sandler, Sullivan and Silverman, JJ.

■ The People of the State of New York, Respondent, v Ronald Adams, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 13, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Birns, J. P., Sandler, Sullivan and Silverman, JJ.

■ Converters Transportation, Inc., Appellant, v Kaye Fabrics Corp., Respondent. Converters Transportation, Inc., Appellant.—Order, Supreme Court, New York County, entered on August 7, 1978, unanimously affirmed for the reasons stated by Williams, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Lane, J. P., Markewich, Lupiano and Bloom, JJ.

■ Moses Polakoff, Appellant, v Harcourt Brace Jovanovich, Inc., Respondent, et al., Defendant.—Order, Supreme Court, New York County, entered on May 5, 1978, unanimously affirmed, without costs and without disbursements. Plaintiff's time to file a written stipulation agreeing to reduce the jury verdict from $50,000 to $10,000 is hereby extended 30 days after service upon him of a copy of this court's order with notice of entry. No opinion. Concur—Evans, J. P., Markewich, Lupiano and Bloom, JJ.